# UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| AMERICAN HONEY PRODUCERS ASSOCIATION AND SIOUX HONEY ASSOCIATION, ) ) ) ) ) | |
| Plaintiffs, ) | SUMMONS |
| ) | |
| v. ) | Court No: 22-00196 |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

**TO:** The Attorney General of the United States and the United States Department of Commerce

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Mario Toscano
Clerk of the Court

1. <u>Name and Standing of Plaintiff.</u>

   Plaintiffs in this action are the American Honey Producers Association, and the Sioux Honey Association. The individual members of the American Honey Producers Association and the Sioux Honey Association are manufacturers, producers, and/or wholesalers in the United States of the domestic like product. Additionally, the American Honey Producers Association and the Sioux Honey Association are trade or business associations, a majority of whose members manufacture, produce, or wholesale the domestic like product in the United States. The American Honey Producers Association and the Sioux Honey Association were petitioners in the underlying investigation and, thus, parties to the proceeding that led to the determination being challenged. Accordingly, the American Honey Producers Association and the Sioux Honey Association are interested parties within the meaning of sections 771(9)(C) and (E) and 516A(f)(3) of the Act. <u>See</u> 19 U.S.C. § 1677(9)(C), (E); 19 U.S.C. § 1516a(f)(3). As such, the American Honey Producers Association and the Sioux Honey Association have standing to challenge the determination at issue pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

2.  Brief description of the contested determination

    The contested determination is the U.S. Department of Commerce's final affirmative determination of sales at less than fair value in its investigation of raw honey from the Socialist Republic of Vietnam, as published in Raw Honey From the Socialist Republic of Vietnam: Final Affirmative Determination of Sales at Less Than Fair Value and Final Affirmative Determination of Critical Circumstances, 87 Fed. Reg. 22,184 (Apr. 14, 2022) ("Final Determination") and accompanying Raw Honey From Argentina, Brazil, India, and the Socialist Republic of Vietnam: Antidumping Duty Orders, 87 Fed. Reg. 35,501 (June 10, 2022) ("AD Order"). The determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(II) and (a)(2)(B)(i). This Summons is being filed within 30 days of the publication in the Federal Register of the AD Order, and, thus, is timely filed pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(II).

3.  Date of determination

    The U.S. Department of Commerce's Final Determination was signed on April 7, 2022 and was published in the Federal Register on April 14, 2022.

4.  If applicable, date of publication in Federal Register of notice of contested determination

    The Department's final determination was published in the Federal Register on April 14, 2022. See Raw Honey From the Socialist Republic of Vietnam: Final Affirmative Determination of Sales at Less Than Fair Value and Final Affirmative Determination of Critical Circumstances, 87 Fed. Reg. 22,184 (Apr. 14, 2022). The subsequent antidumping duty order was published on June 10, 2022. See Raw Honey From Argentina, Brazil, India, and the Socialist Republic of Vietnam: Antidumping Duty Orders, 87 Fed. Reg. 35,501 (June 10, 2022).

/s/ Joshua R. Morey
JOSHUA R. MOREY
R. ALAN LUBERDA
MELISSA M. BREWER
MATTHEW G. PEREIRA
jmorey@kelleydrye.com
aluberda@kelleydrye.com
mbrewer@kelleydrye.com
mpereira@kelleydrye.com
3050 K Street, N.W., Suite 400
Washington, D.C.  20007
(202) 342-8590

Counsel to the American Honey Producers
Association and the Sioux Honey Association

Dated:  July 8, 2022

## SERVICE OF SUMMONS BY THE CLERK

  If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the Clerk of the Court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant served.

    Bryan M. Boynton
    Acting Assistant Attorney General, Civil Division
    Commercial Litigation Branch
    U.S. Department of Justice
    1100 L Street, N.W., Room 12124
    Washington, D.C. 20530

    General Counsel
    U.S. Department of Commerce
    14th Street & Constitution Avenue, N.W.
    Washington, D.C. 20230

By Hand:  Attorney-In-Charge
    International Trade Field Office
    Commercial Litigation Branch
    U.S. Department of Justice
    26 Federal Plaza
    New York, NY 10278-0001


              The Honorable Mario Toscano
              Clerk of the Court


Date: July ___, 2022    By:_____

# CERTIFICATE OF SERVICE AND NOTICE TO INTERESTED PARTIES

**American Honey Producers Association and Sioux Honey Association v. United States**
**CIT Court No.  22-00196**

Pursuant to Rule 3(f) of the Rules of the Court of International Trade, I, Joshua R. Morey, hereby certify that on July 8, 2022, copies of the foregoing Summons, Forms 5, Form 11, Forms 13, and Forms 17 were served upon the following individuals and notified all the interested parties who were a party to the proceeding below, by certified or registered mail, return receipt requested:

## UPON THE UNITED STATES

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278-0001

Bryan M. Boynton
Acting Assistant Attorney General, Civil Division
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, N.W., Room 12124
Washington, DC 20530

## UPON THE U.S. DEPARTMENT OF COMMERCE

General Counsel
U.S. Department of Commerce
14th Street & Constitution Avenue, N.W.
Washington, DC 20230

Ms. Evangeline Keenan, Esq.
Director, APO/Dockets Unit
U.S. Department of Commerce
14th Street & Constitution Avenue, N.W.
Room 1874
Washington, DC 20230

**On behalf of Madison Honey Imports LLC**

Jeffrey S. Grimson, Esq.
Mowry & Grimson PLLC
5335 Wisconsin Ave., NW
Suite 810
Washington, DC 20015
Phone: 202-668-3610
Email: jsg@mowrygrimson.com


**On behalf of Export Packers Company Limited**

Jeffrey S. Neeley, Esq.
Husch Blackwell LLP
750 17th Street, NW
Suite 900
Washington, DC 20006
Phone: 202-378-2357
Email: jeffrey.neeley@huschblackwell.com


**On behalf of Dak Lak Honey Bee Joint Stock Company, National Honey Packers & Dealers Association. The list of members is: Apimiel GmbH, Ashurst's American Honey, Barkman Honey, LLC, Bee Maid Honey, Best Food Supplies Corp., Burleson's, Inc., C.M. Goettsche & Co., CPNA International, Ltd., Deer Creek Honey Farms, Delta Food International Inc., Dutch Gold Honey, Fischer Honey Company, Inc., GloryBee Inc., Grizzly Bear Honey LLC, Honey Holding Co., HoneyTree Inc., Lamex Foods Inc., Local Hive Honey (formerly Rice's Honey), Miller's Honey Company Inc., Nature Nate's, Odem International Inc., Prairie Imports LLC, Providence Foods Corp, Pure Sweet Honey Farm, Queen of America, Smitty Bee Honey, Sunland Trading Inc., Suzanne's Specialties, Sweet Harvest Foods LLC, The Impex Group Inc**

Gregory J. Spak, Esq.
White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
Phone: 202-626-3600
Email: gspak@whitecase.com

**On behalf of Ban Me Thuot Honeybee Joint Stock Company, Dak Nguyen Hong Exploitation Of Honey Company Limited TA, Bee Honey Corporation of Ho Chi Minh City, Daisy Honey Bee JSC, Dong Nai Honeybee Corporation, Haiphong Honeybee Co., Ltd., Hoa Viet Honey Bee Co., Ltd., Hoang Tri Honey Bee Company Limited, Huong Rung Company Limited, Phong Son Co., Ltd., Saigon Bees Co., Ltd., Viet Thanh Food Technology Development Investment Company Limited**

Jonathan M. Freed, Esq.
Trade Pacific PLLC
700 Pennsylvania Avenue, SE
Suite 500
Washington, DC 20003
Phone: 202-223-3760
Email: jfreed@tradepacificlaw.com

**On behalf of Southern Honey Bee Company LTD.; Nhieu Loc Company Limited; Bao Nguyen Honeybee Co., Ltd.; Thanh Hao Bees Company Limited; Golden Bee Company Limited, Toshoku America, Inc.**

Matthew J. McConkey, Esq.
Mayer Brown, LLP
1999 K Street, NW
Washington, DC 20006-1101
Phone: 202-263-3000
Email: mmcconkey@mayerbrown.com

**On behalf of Hung Binh Phat Co., Ltd.**

Nguyen Van Son
Khanh Loc Hamlet, Tan Phuoc Khanh Ward,
Tan Uyen Town, Binh Duong Province, Vietnam
Phone: 84 2746261111
Email: info@hbp-bee.com

**On behalf of Trade Remedies Authority of Vietnam**

Ha Van Hieu
23 Ngo Quyen, Hoan Kiem
Hanoi, Vietnam
Phone: 02473037898

Email: hieuhv@moit.gov.vn

/s/ Joshua R. Morey
JOSHUA R. MOREY
KELLEY DRYE & WARREN LLP